| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Thompson, Anne E. | 2. Court or Organization  U.S. District Court | 3. Date of Report  12/20/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge - Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |
| 7. Chambers or Office Address  402 E. State Street  Room 4000  Trenton, NJ 08608 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - U/W Wm. Thompson Art. Fifth |
| 3. | Co-Trustee | Trust #2 - U/W Wm. Thompson Art. Sixth |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | National Conference of Bar Examiners -- Fees earned for drafting, editing & revising bar exam and evaluating performance of test questions. | $7,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | April 27-30, 2017 | St. Croix, U.S. Virgin Islands | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | October 5-8, 2017 | Philadelphia, PA | Activity of Organization | Train Fare, Hotel, Meals & Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Nat'l Bank Checking Account | A | Interest | J | T | | | | | |
| 2. Glenmede Tax-Exempt Fund | A | Dividend | J | T | | | | | |
| 3. Metropolitan Life Insurance Company - Whole Life Policy | A | Interest | J | T | | | | | |
| 4. Chase Bank | A | Interest | K | T | | | | | |
| 5. TRUST #1 -- U/W Wm. Thompson Art. Fifth (H) | | | | | | | | | |
| 6. -- Fidelity Diversified Int'l Fund | B | Dividend | K | T | | | | | |
| 7. -- Fidelity Money Market Cash Reserves | A | Dividend | J | T | | | | | |
| 8. -- Fidelity Advisor New Insights Fund | A | Dividend | J | T | | | | | |
| 9. -- Fidelity Real Estate Investment Fund | | None | | | Sold | 02/03/17 | J | D | |
| 10. -- Fidelity Blue Chip Growth Fund | B | Dividend | K | T | | | | | |
| 11. -- Fidelity Short-Inter Mediate Muni Income Fund | A | Dividend | J | T | | | | | |
| 12. -- Baron Growth Fund | A | Dividend | J | T | | | | | |
| 13. -- DWS Strategic High Yield Tax Free CL S | B | Dividend | K | T | | | | | |
| 14. -- Diamond Hill Small Cap Fund CL A | A | Dividend | J | T | | | | | |
| 15. -- Harbor Capital Appreciation Fund | B | Dividend | K | T | | | | | |
| 16. -- Hartford Capital Appreciation Fund CL A | A | Dividend | J | T | | | | | |
| 17. -- Hotchkins & Wiley Mid Cap Value Fund CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Morgan Stanley Mid Cap Growth Port CL P | | None | | | Sold | 12/06/17 | J | B | |
| 19. -- T Rowe Price Mid Cap Value Fund Adv Class | A | Dividend | J | T | | | | | |
| 20. -- T Rowe Price Value Fund Adv Class | B | Dividend | K | T | | | | | |
| 21. -- S&P 500 Depository Receipt | A | Dividend | K | T | | | | | |
| 22. -- Invesco Int'l Growth Fund | A | Dividend | K | T | Buy (add'l) | 02/03/17 | J | | |
| 23. -- Vitrus Foreign Opportunities Fund | A | Dividend | J | T | | | | | |
| 24. -- MFS International Diversification Fund | A | Dividend | J | T | | | | | |
| 25. -- T Rowe Tax Free Inc Fund | A | Dividend | J | T | | | | | |
| 26. -- Causeway International Value | A | Dividend | J | T | | | | | |
| 27. -- FMI Large Cap Fund | A | Dividend | J | T | | | | | |
| 28. -- MFS Research Int'l | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | |
| 29. -- Primecap Odyssey Growth Fund | A | Dividend | J | T | | | | | |
| 30. -- IShares TR Russell 1000 Value Index | A | Dividend | J | T | | | | | |
| 31. -- IShares TR Russell 100 Growth Index | A | Dividend | J | T | | | | | |
| 32. -- Fidelity Municipal Income | C | Dividend | L | T | Sold (part) | 04/20/17 | J | A | |
| 33. -- Artisan Small Cap Fund | A | Dividend | J | T | | | | | |
| 34. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 04/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 06/09/17 | J | | |
| 36. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 08/24/17 | J | | |
| 37. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 12/20/17 | J | | |
| 38. -- IShares TR Russell 1000 Index Fund | A | Dividend | J | T | | | | | |
| 39. -- Vanguard Growth Vipers | A | Dividend | K | T | | | | | |
| 40. -- Vanguard Value Vipers | A | Dividend | K | T | | | | | |
| 41. -- Blackrock National Muni Fund Cl A | A | Dividend | K | T | | | | | |
| 42. -- Sector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | | | | | |
| 43. -- Acadian Emerging Markets Investor | A | Dividend | J | T | | | | | |
| 44. -- Blackrock High Yield Bond K | A | Dividend | | | Sold (part) | 04/20/17 | J | B | |
| 45. -- Blackrock High Yield Bond K | A | Dividend | | | Sold | 06/09/17 | J | A | |
| 46. -- Franklin Convertible Securities | B | Dividend | J | T | | | | | |
| 47. -- Morgan Stanley Inst International | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | |
| 48. -- Morgan Stanley Inst International | A | Dividend | J | T | Sold (part) | 08/24/17 | J | A | |
| 49. -- Oppenheimer Development Markets | A | Dividend | K | T | | | | | |
| 50. -- Templeton Global Bond | A | Dividend | K | T | Sold (part) | 06/09/17 | J | A | |
| 51. -- Templeton Global Bond | A | Dividend | K | T | Sold (part) | 08/24/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Transamerica International Equity | A | Dividend | J | T | | | | | |
| 53. -- Wasatch Frontier Emerging Small Co's | | None | | | Sold | 02/03/17 | J | A | |
| 54. -- Wells Fargo Special Mid Cap Value Adm | A | Dividend | J | T | | | | | |
| 55. -- IShares S&P 500 Growth | A | Dividend | J | T | Sold (part) | 06/13/17 | J | A | |
| 56. -- IShares S&P 500 Growth | A | Dividend | J | T | Sold (part) | 08/28/17 | J | A | |
| 57. -- IShares S&P 500 Value | A | Dividend | J | T | | | | | |
| 58. -- Vanguard Large Cap ETF | A | Dividend | K | T | Sold (part) | 04/24/17 | J | A | |
| 59. -- Vanguard Large Cap ETF | A | Dividend | K | T | Sold (part) | 06/26/17 | J | A | |
| 60. -- Vanguard Sector Index | A | Dividend | J | T | | | | | |
| 61. -- Vanguard Small-Cap ETF | A | Dividend | J | T | | | | | |
| 62. -- IShares MSCI Emerging Markets | A | Dividend | J | T | Buy (add'l) | 02/07/17 | J | | |
| 63. -- IShares MSCI EAFE Small-Cap | A | Dividend | J | T | Buy (add'l) | 02/07/17 | J | | |
| 64. -- IShares MSCI EAFE Small-Cap | A | Dividend | J | T | Sold (part) | 04/24/17 | J | A | |
| 65. -- Western Asset Management Municipals | B | Dividend | K | T | | | | | |
| 66. -- Janus Henderson Enterprise | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 67. -- Janus Henderson Enterprise | A | Dividend | J | T | Buy (add'l) | 12/20/17 | J | | |
| 68. -- Mainstay Tax Free Bond | A | Dividend | K | T | Buy | 02/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Mainstay Tax Free Bond | A | Dividend | K | T | Buy (add'l) | 06/09/17 | J | | |
| 70. -- Mainstay Tax Free Bond | A | Dividend | K | T | Buy (add'l) | 08/24/17 | J | | |
| 71. -- Mainstay Tax Free Bond | A | Dividend | K | T | Buy (add'l) | 12/06/17 | J | | |
| 72. -- MS Frontier Emerging Markets | | None | J | T | Buy | 02/03/17 | J | | |
| 73. -- Flexshares Trust Morningstar Global | A | Dividend | J | T | Buy | 02/07/17 | J | | |
| 74. -- Flexshares Trust Morningstar Global | A | Dividend | J | T | Buy (add'l) | 04/24/17 | J | | |
| 75. -- Flexshares Trust Morningstar Global | A | Dividend | J | T | Sold (part) | 06/13/17 | J | A | |
| 76. -- Flexshares Trust Morningstar Global | A | Dividend | J | T | Buy (add'l) | 08/28/17 | J | | |
| 77. -- Flexshares Trust Morningstar Global | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 78. -- Spdr Index Shs Fds S&P Global | A | Dividend | J | T | Buy | 06/13/17 | J | | |
| 79. TRUST #2 -- U/W Wm. Thompson Art. Sixth (H) | | | | | | | | | |
| 80. -- Fidelity Diversified Int'l Fund | A | Dividend | J | T | | | | | |
| 81. -- Fidelity Money Market Cash Reserves | A | Dividend | J | T | | | | | |
| 82. -- Fidelity Advisor Mid Cap Fund II CL I | B | Dividend | K | T | | | | | |
| 83. -- Fidelity Advisor Int'l Discovery Fund CL I | A | Dividend | J | T | | | | | |
| 84. -- Fidelity Real Estate Investment Fund | | None | | | Sold | 02/03/17 | K | D | |
| 85. -- Fidelity Blue Chip Growth Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Baron Growth Fund | B | Dividend | J | T | | | | | |
| 87. -- DWS Strategic High Yield Tax Free CL S | A | Dividend | K | T | | | | | |
| 88. -- Diamond Hill Small Cap Fund CL A | A | Dividend | J | T | | | | | |
| 89. -- Harbor Capital Appreciation Fund | C | Dividend | K | T | | | | | |
| 90. -- Hartford Capital Appreciation Fund CL A | B | Dividend | J | T | | | | | |
| 91. -- IShares TR Russell 100 Growth Index Fund | A | Dividend | L | T | Sold (part) | 04/07/17 | J | A | |
| 92. -- IShares TR Russell 100 Growth Index Fund | A | Dividend | L | T | Sold (part) | 06/13/17 | J | A | |
| 93. -- IShares TR Russell 100 Growth Index Fund | A | Dividend | L | T | Sold (part) | 09/08/17 | J | A | |
| 94. -- Mutual Series Mutual Shares CL A | A | Dividend | J | T | | | | | |
| 95. -- T Rowe Price Mid Cap Value Fund Adv Class | B | Dividend | K | T | | | | | |
| 96. -- T Rowe Price Value Fund Adv Class | B | Dividend | K | T | | | | | |
| 97. -- Royce PA Mutual Fund | B | Dividend | J | T | | | | | |
| 98. -- S&P 500 Depository Receipt | A | Dividend | L | T | | | | | |
| 99. -- Invesco Int'l Growth Fund | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 100. -- Artisan Int'l Value Fund | B | Dividend | K | T | Sold (part) | 06/09/17 | J | B | |
| 101. -- Artisan Int'l Value Fund | B | Dividend | K | T | Sold (part) | 08/23/17 | J | A | |
| 102. -- American EuroPacific Growth Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- MFS International Diversification Fund | A | Dividend | K | T | | | | | |
| 104. -- Fidelity Advisor New Insights | A | Dividend | J | T | | | | | |
| 105. -- T Rowe Price Tax Free Income | B | Dividend | K | T | | | | | |
| 106. -- Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 107. -- IShares TR 1000 Index | A | Dividend | J | T | | | | | |
| 108. -- IShares TR 1000 Value Index | A | Dividend | K | T | | | | | |
| 109. -- Oakmark International | A | Dividend | K | T | | | | | |
| 110. -- IShares Msci EAFE Index | A | Dividend | K | T | | | | | |
| 111. -- IShares TR Russell Midcap Value Index | A | Dividend | J | T | | | | | |
| 112. -- Templeton Global Bond | A | Dividend | K | T | Buy (add'l) | 02/03/17 | J | | |
| 113. -- T Rowe Price International Stock | A | Dividend | K | T | | | | | |
| 114. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 02/03/17 | J | | |
| 115. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 04/05/17 | J | | |
| 116. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 06/09/17 | J | | |
| 117. -- Wells Fargo Short-Term Muni Inc | A | Dividend | K | T | Buy (add'l) | 12/21/17 | J | | |
| 118. -- Oppenheimer International Bond | A | Dividend | J | T | | | | | |
| 119. -- Blackrock National Muni | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Wasatch Forntier Emerging Small Cp's | | None | J | T | Buy (add'l) | 02/03/17 | J | | |
| 121. -- Wasatch Forntier Emerging Small Cp's | | None | J | T | Sold (part) | 08/23/17 | J | A | |
| 122. -- Acadian Emerging Markets Investor | A | Dividend | J | T | | | | | |
| 123. -- Blackrock High Yield Bond K | A | Dividend | | | Buy (add'l) | 02/03/17 | J | | |
| 124. -- Blackrock High Yield Bond K | A | Dividend | | | Sold (part) | 04/05/17 | J | B | |
| 125. -- Blackrock High Yield Bond K | A | Dividend | | | Sold | 06/09/17 | J | A | |
| 126. -- Franklin Convertible Securities | B | Dividend | K | T | Buy (add'l) | 02/03/17 | J | | |
| 127. -- T Rowe Price Emerging Markets Stock | A | Dividend | K | T | | | | | |
| 128. -- IShares Core S&P Small-Cap | A | Dividend | J | T | | | | | |
| 129. -- IShares S&P 500 Value | A | Dividend | K | T | Sold (part) | 02/07/17 | J | A | |
| 130. -- IShares US Financials | A | Dividend | K | T | | | | | |
| 131. -- Vanguard Large-Cap ETF | A | Dividend | K | T | Sold (part) | 04/07/17 | J | A | |
| 132. -- FlexShares Mdstar Global Upstream | A | Dividend | J | T | Buy (add'l) | 08/25/17 | J | | |
| 133. -- FlexShares Mdstar Global Upstream | A | Dividend | J | T | Buy (add'l) | 12/22/17 | J | | |
| 134. -- IShares Core Msci Emerging Markets | A | Dividend | J | T | Buy (add'l) | 02/07/17 | J | | |
| 135. -- IShares MSCI EAFE Small-Cap | A | Dividend | J | T | Buy (add'l) | 02/07/17 | J | | |
| 136. -- Fidelity Tax-Free Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- T Rowe Price Tax Free High Yield | A | Dividend | K | T | Buy (add'l) | 12/15/17 | J | | |
| 138. -- T Rowe Price Tax Free High Yield | A | Dividend | K | T | Buy (add'l) | 12/31/17 | J | | |
| 139. -- Western Asset Management Municipals | A | Dividend | K | T | | | | | |
| 140. -- Mainstay Tax Free Bond | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 141. -- Mainstay Tax Free Bond | A | Dividend | J | T | Sold (part) | 04/05/17 | J | A | |
| 142. -- Mainstay Tax Free Bond | A | Dividend | J | T | Buy (add'l) | 06/09/17 | J | | |
| 143. -- Mainstay Tax Free Bond | A | Dividend | J | T | Buy (add'l) | 08/23/17 | J | | |
| 144. -- Mainstay Tax Free Bond | A | Dividend | J | T | Buy (add'l) | 09/07/17 | J | | |
| 145. -- Fidelity Conservative Income Muni | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 146. -- Fidelity Conservative Income Muni | A | Dividend | J | T | Buy (add'l) | 06/09/17 | J | | |
| 147. -- Fidelity Conservative Income Muni | A | Dividend | J | T | Buy (add'l) | 08/23/17 | J | | |
| 148. -- Fidelity Conservative Income Muni | A | Dividend | J | T | Buy (add'l) | 12/21/17 | J | | |
| 149. GLENMEDE IRA (H) | | | | | | | | | |
| 150. -- Glenmede Core Fixed Income Port | C | Dividend | M | T | Sold (part) | 01/20/17 | J | A | |
| 151. -- Glenmede Core Fixed Income Port | C | Dividend | M | T | Sold (part) | 07/06/17 | K | A | |
| 152. -- Glenmede Core Fixed Income Port | C | Dividend | M | T | Buy (add'l) | 07/24/17 | J | | |
| 153. -- Exxon Mobil Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Johnson & Johnson | A | Dividend | J | T | | | | | |
| 155. -- Glenmede Govt Cash Fund | A | Interest | K | T | | | | | |
| 156. -- Qualcomm Corp | A | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 157. -- Templeton Global Bond Fund | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 158. -- Glenmede Fund Inc Advisor Small Cap | C | Dividend | K | T | Sold (part) | 03/08/17 | J | B | |
| 159. -- Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 160. -- Van Eck Global Hard Assets | | None | K | T | | | | | |
| 161. -- Apple Inc | A | Dividend | K | T | Sold (part) | 11/27/17 | J | B | |
| 162. -- Seyworks Solutions | A | Dividend | J | T | Sold (part) | 09/20/17 | J | C | |
| 163. -- Seyworks Solutions | A | Dividend | J | T | Sold (part) | 11/27/17 | J | B | |
| 164. -- Celgene Corp | | None | K | T | | | | | |
| 165. -- Cisco Systems | A | Dividend | K | T | | | | | |
| 166. -- Union Pacific Corp | A | Dividend | J | T | Sold (part) | 11/27/17 | J | B | |
| 167. -- Loomis Sayles Bond Fund | B | Dividend | K | T | | | | | |
| 168. -- Quintiles Transitional Holdings Inc | | None | | | Sold | 07/12/17 | J | C | |
| 169. -- Pepsico Inc | A | Dividend | J | T | | | | | |
| 170. -- Chevron Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Mastercard Inc | A | Dividend | J | T | Sold (part) | 11/27/17 | J | B | |
| 172. -- Boeing Co | A | Dividend | J | T | Sold (part) | 07/20/17 | J | B | |
| 173. -- Paypal Holdings Inc | | None | J | T | Sold (part) | 11/27/17 | J | B | |
| 174. -- Home Depot Inc | A | Dividend | J | T | Sold (part) | 11/27/17 | J | B | |
| 175. -- JP Morgan & Chase Co | A | Dividend | K | T | | | | | |
| 176. -- Dollar Tree Inc | | None | K | T | Buy (add'l) | 03/13/17 | J | | |
| 177. -- Dollar Tree Inc | | None | K | T | Sold (part) | 11/27/17 | J | A | |
| 178. -- Honeywell International Inc | A | Dividend | K | T | | | | | |
| 179. -- Ralph Lauren Corp | A | Dividend | | | Sold | 05/15/17 | J | A | |
| 180. -- Alphabet Inc Cap Stock | | None | J | T | Sold (part) | 03/08/17 | J | C | |
| 181. -- Alphabet Inc Cap Stock | | None | J | T | Sold (part) | 11/27/17 | J | C | |
| 182. -- Sherwin Williams Co | A | Dividend | J | T | Sold (part) | 11/27/17 | J | B | |
| 183. -- US Bancorp | A | Dividend | J | T | | | | | |
| 184. -- Gilead Sciences Inc | A | Dividend | J | T | Buy (add'l) | 02/06/17 | J | | |
| 185. -- TJX Cos Inc | A | Dividend | J | T | | | | | |
| 186. -- Walt Disney Co | A | Dividend | J | T | | | | | |
| 187. -- Google Inc | A | Dividend | | | Sold | 01/31/17 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 12/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Invesco Ltd | A | Dividend | J | T | | | | | |
| 189. -- Cognizant Tech Solutions | A | Dividend | J | T | | | | | |
| 190. -- United Technologies Corp | A | Dividend | J | T | | | | | |
| 191. -- Intel Corp | A | Dividend | J | T | | | | | |
| 192. -- Yum Brands Inc | A | Dividend | | | Sold | 04/21/17 | J | B | |
| 193. -- Eli Lily & Co | A | Dividend | J | T | | | | | |
| 194. --Diageo PLC Spons ADR | A | Dividend | J | T | | | | | |
| 195. -- Smith & Nephew PLC | A | Dividend | K | | | | | | |
| 196. -- Touchstone Sands Emerging Markets Growth Fund | | None | K | T | Sold (part) | 11/27/17 | J | B | |
| 197. -- Glenmede International | B | Dividend | L | T | | | | | |
| 198. -- Schlumberger Ltd | A | Dividend | | | Sold | 11/27/17 | J | A | |
| 199. -- Abbott Laboratories | A | Dividend | J | T | | | | | |
| 200. -- Yum China Holdings Inc | | None | | | Sold | 04/06/17 | J | A | |
| 201. -- Edwards Lifesciences | | None | J | T | Sold (part) | 11/27/17 | J | A | |
| 202. -- Acuity Brands Inc | A | Dividend | | | Buy | 01/25/17 | J | | |
| 203. -- Acuity Brands Inc | A | Dividend | | | Buy (add'l) | 06/05/17 | J | | |
| 204. -- Acuity Brands Inc | A | Dividend | | | Sold | 10/11/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- Colgate Palmolive Co | A | Dividend | K | T | Buy | 02/24/17 | J | | |
| 206. -- Costco Wholesale Corp | A | Dividend | J | T | Buy | 07/07/17 | K | | |
| 207. -- Discover Financial Services | A | Dividend | K | T | Buy | 07/11/17 | K | | |
| 208. -- PNC Financial Services Group | A | Dividend | J | T | Buy | 07/26/17 | J | | |
| 209. -- Snap On Tools Corp | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 210. -- Priceline.com Inc | | None | K | T | Buy | 11/14/17 | K | | |
| 211. -- Laboratory Corp of America | | None | J | T | Buy | 12/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thompson, Anne E. | 12/20/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This report is being amended to show that the Metropolitan Life investment (Part VII, Line 3) is a whole life policy.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544